IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01902-PSF-CBS

CHERYL R. RUCKER,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS;
LUIS VELEZ, Police Chief (Retired);
KURT PILLARD, C.S.P.D. Commander;
GORDON GOLDSTON, C.S.P.D. Sergeant;
STEPHEN TOBIAS, C.S.P.D. Lieutenant;
ALAHNA CLENDANIEL, C.S.P.D. Marshal;
LILI TRAN, C.S.P.D. Human Resource Supervisor; and
VIOLET HEATH, Colorado Springs Human Resource Manager,

    Defendants.

## ORDER OF DISMISSAL

    This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 20).  The Court, having reviewed said stipulation and otherwise being sufficiently advised in the premises, hereby GRANTS the stipulation.  The above-captioned action is DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs.

    DATED:  March 9, 2007

                            BY THE COURT:

                            *s/ Phillip S. Figa*

                            _____
                            Phillip S. Figa
                            United States District Judge